## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

JESSICA RUTH TURNEY,

      Plaintiff,

vs.                         CIV No. 12-963-GBW

CAROLYN W. COLVIN,
Acting Commissioner of the
Social Security Administration,

      Defendant.

### RULE 58 FINAL JUDGMENT

Pursuant to the Order entered concurrently herewith, the Court enters this Final Order,

under Fed. R. Civ. P. 58, REMANDING the action to the Commissioner.


_____
GREGORY B. WORMUTH
United States Magistrate Judge
**Presiding by Consent**